# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-03126-SCJ
### Equal Employment Opportunity Commission v. Norfolk Southern Railway Company
### Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Chambers on 04/17/2014.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 7:00                        DEPUTY CLERK: Michael Hill
OFFICE LOCATION: Atlanta

ATTORNEY(S)        Christopher DeGroff representing Norfolk Southern Railway
PRESENT:           Company
                   Steven Wagner representing Equal Employment Opportunity
                   Commission
                   ** Myra Creighton representing Norfolk Southern Railway Company

OTHER(S)           Marvin J. Williams, Jr.
PRESENT:           Ricky Morris
                   Tom Shumaker

PROCEEDING
CATEGORY:          Settlement Conference;

MINUTE TEXT:       A settlement conference was held in the above-styled case. The
                   parties agreed upon terms of a settlement that will be submitted to the
                   District Court within sixty days.